*Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Melvin Richter* and *Emory T. Nunneley, Jr.* for respondent.

No. 230. STATES MARINE CORP. *v.* AABY ET AL. C. A. 2d Cir. Certiorari denied. *Charles R. Hickox* and *Cletus Keating* for petitioner. *Kenneth Gardner* and *James Mc-Kown, Jr.* for respondents.

No. 231. THATCHER *v.* TENNESSEE GAS TRANSMISSION Co. C. A. 5th Cir. Certiorari denied. *Thos. W. Leigh* for petitioner. *Clyde R. Brown* for respondent.

No. 235. CHICAGO & SOUTHERN AIR LINES, INC. *v.* CIVIL AERONAUTICS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Roger J. Whiteford, Hubert A. Schneider* and *Philip S. Peyser* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bergson, Charles H. West* and *Richard E. Guggenheim* for the Civil Aeronautics Board; and *L. Welch Pogue* for the Resort Airlines, Inc., respondents.

No. 236. ROBERTS, ADMINISTRATRIX, *v.* ALABAMA GREAT SOUTHERN RAILROAD Co. Supreme Court of Alabama. Certiorari denied. *Francis H. Hare* for petitioner. *Sidney S. Alderman, Borden Burr,* and *H. G. Hedrick* for respondent.

No. 237. STEFFNER *v.* SAVORETTI, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 5th Cir. Certiorari denied. *Louis A. Sabatino* for petitioner. *Solicitor General Perlman, Assistant Attorney General Mc-*

*Inerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for respondent.

No. 238. ESTATE OF LOUGHRIDGE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Thomas F. Boyle* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Helen Goodner* for respondent.

No. 239. SCHWARZ *v.* WEST. C. A. 7th Cir. Certiorari denied. *Alphonse Cerza* for petitioner. *Meyer J. Myer* for respondent.

No. 241. KOUTSKY-BRENNAN-VANA Co. *v.* DANEBO LUMBER Co., INC. ET AL. C. A. 9th Cir. Certiorari denied. *S. L. Winters* for petitioner. *Carl E. Davidson* for respondents.

No. 242. KOUTSKY-BRENNAN-VANA Co. ET AL. *v.* FURROW. C. A. 9th Cir. Certiorari denied. *S. L. Winters* for petitioners. *Carl E. Davidson* for respondent.

No. 244. VIENI *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Henry K. Chapman* for petitioner. *Frank S. Hogan* for respondent.

No. 273. MACCABEES ET AL. *v.* CARTER. C. A. 6th Cir. Certiorari denied. *Thomas G. Watkins, David A. Hersh* and *George G. Perrin* for petitioners. *John J. Hooker* for respondent.

No. 43. ILLINOIS EX REL. WOODS *v.* TUOHY, PRESIDING JUSTICE, ET AL.; and

No. 125. WOODS *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD Co. Supreme Court of Illinois. The motions